UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER, | No. 2:23-cv-2894 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| VALLEJO CITY MAYOR, et al., | |
| Defendants. | |

Plaintiff, proceeding pro se, filed this civil rights action under 42 U.S.C. §1983. In an order filed January 22, 2024, plaintiff was ordered to either file an application to proceed in forma pauperis or pay the filing fee if he wishes to proceed with this case. (ECF No. 9.) That order was returned by the postal service as undeliverable. Plaintiff recently filed a document entitled "Notice of Order to Show Cause." (ECF No. 10.) Plaintiff provides a new address in that document.

Plaintiff is advised that, as stated in the January 22 order, he must pay the filing fee or file an application to proceed in forma pauperis before this court will consider his other filings. This court will direct the Clerk of the Court to re-serve the January 22 order on plaintiff at his new address.

////

////

1

1  Accordingly, the Clerk of the Court IS HEREBY ORDERED to do the following:

2  1.  Amend the docket to reflect plaintiff's new address:  Anthony R. Turner,

3  #002308044, West County Detention Facility, 5555 Giant Highway (5A-28),

4  Richmond, CA 94806.

5  2.  Re-serve the court's January 22, 2024 order on plaintiff at his new address; and

6  3.  Provide plaintiff with a copy of the court's Application to Proceed in Forma Pauperis.

7  DATED:  February 15, 2024

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/turn2894.re-serve

2