UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ANTHONY R. TURNER, | No. 2:23-cv-2894 KJM DB P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| VALLEJO CITY MAYOR, et al., | |
| Defendants. | |

Plaintiff, a county inmate proceeding pro se, filed this civil rights action under 42 U.S.C. §1983. In an order filed March 18, 2024, this court ordered plaintiff to pay the filing fee or file an application to proceed in forma pauperis ("IFP") if he wishes to proceed with this action. Plaintiff filed an IFP application on March 27. However, the certificate portion of the application form, which should be completed and signed by a representative of the institution of incarceration, appears to have been filled out by plaintiff and is not signed. Plaintiff states that the Sheriff's Office refused to sign the form.

This court will order the Contra Costa County Sheriff's Office to complete the certificate portion of plaintiff's form. That said, plaintiff is advised that it is his responsibility to complete the remainder of the form, provide it in a timely manner to a Sheriff's Office representative for completion of the certificate, and file it on time.

////

Accordingly, IT IS HEREBY ORDERED that:

1. An authorized representative of the Contra Costa County Sheriff's Office shall fill out and sign the certificate portion of the IFP application plaintiff provides to them within five days after they receive it.
2. Within thirty days of the date of this order, plaintiff shall file a completed and signed IFP application.
3. The Clerk of the Court is directed to serve a copy of this order on the Contra Costa County Sheriff, 1850 Muir Road, Martinez, CA 94553.
4. The Clerk of the Court is further directed to provide plaintiff with a copy of the court's Application to Proceed in Forma Pauperis by a Prisoner.

Dated:  April 23, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/turn2894.ifp eot(4)

2