UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER,<br><br>    Plaintiff,<br><br>    v.<br><br>VALLEJO CITY MAYOR, et al.,<br><br>    Defendants. | No. 2:23-cv-2894 KJM DB P<br><br><br>ORDER |

    Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On April 23, 2024, plaintiff was directed to submit a properly completed and signed application to proceed in forma pauperis. Plaintiff has now filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint AND obtained the certification required on the application form. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit the completed application and a copy of his inmate trust account statement in support of his application to proceed in forma pauperis.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion to proceed in forma pauperis (ECF No. 24) is denied;

    2. Plaintiff shall submit, within thirty days from the date of this order, a properly completed application to proceed in forma pauperis and a copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint with the

1

certification required on the application form.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

      3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated:  May 16, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB16/kly
DB/Prisoner/Civil/R/turn2894.3e