UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER,<br><br>    Plaintiff,<br><br>    v.<br><br>VALLEJO CITY MAYOR, et al.,<br><br>    Defendants. | No.  2:23-cv-2894 KJM DB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff, who is currently detained at Napa State Hospital, filed this civil rights action pro se. When plaintiff's complaint was filed here on December 12, 2023, he was an inmate at the West County Detention Facility in Contra Costa County. (ECF No. 1.) Because plaintiff did not file a motion to proceed in forma pauperis or pay the filing fee, this court ordered him to do so. (Dec. 21, 2023 Order (ECF No. 3).) Plaintiff has filed a number of motions to proceed in forma pauperis, documents that appear to request an order to proceed in forma pauperis, and motions for waiver of fees since that time. (ECF Nos. 4, 7, 12, 15, 16, 21, 24, 30.) The court's records show that plaintiff has been moved at least four times since he filed this action. (See ECF Nos. 9 (Metropolitan State Hospital), 11 (West County Detention Facility), 27 (Martinez Detention Facility), 28 (Napa State Hospital).)

Plaintiff was recently granted in forma pauperis status in Turner v. Contra Costa Co. Sheriff, No. 2:24-cv-0239 TLN JDP P (E.D. Cal. July 17, 2024 Order). Based on plaintiff's many

1  transfers, this court finds plaintiff has had understandable difficulty in submitting a motion to
2  proceed in forma pauperis with appropriate verification by his place of detainment. Accordingly,
3  based on the decision in case no. No. 2:24-cv-0239 TLN JDP P and in the interests of fairness and
4  efficiency, this court will grant plaintiff's motions to proceed in forma pauperis. However, this
5  court will not waive payment of fees. As described below, plaintiff is required to pay them.

6       Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C.
7  §§1914(a), 1915(b)(1). By this order, plaintiff will be assessed an initial partial filing fee in
8  accordance with the provisions of 28 U.S.C. §1915(b)(1). By separate order, the court will direct
9  the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and
10  forward it to the Clerk of the Court. Thereafter, plaintiff will be obligated for monthly payments
11  of twenty percent of the preceding month's income credited to plaintiff's prison trust account.
12  These payments will be forwarded by the appropriate agency to the Clerk of the Court each time
13  the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C.
14  §1915(b)(2).

15       Plaintiff filed many other motions since initiating this action. This court has attempted to
16  determine what plaintiff seeks in each motion. As best this court can discern, the primary
17  purposes of plaintiff's remaining motions are: (1) for sanctions, ECF No. 7; (2) for the U.S.
18  Marshal to serve his complaint, ECF No. 8; (3) for discovery and a protective order, ECF No. 18;
19  (4) for default judgment, ECF No. 25; (5) for sanctions, ECF No. 26; and (6) for default
20  judgment, ECF No. 32.[1] None have merit. Because plaintiff's complaint has not yet been
21  screened, defendants have not been served and any motions regarding sanctions, discovery, or a
22  default judgement should be denied as premature. For the same reasons, plaintiff's motion for
23  service of the complaint is premature.[2]
24  ////

---

[1] On March 18, 2024, this court recommended plaintiff's March 8 motion for preliminary injunctive relief (ECF No. 15) be denied. (ECF No. 19.) The district judge has not yet ruled on that recommendation.

[2] Because plaintiff's motions to proceed in forma pauperis are resolved by the present order, this court will screen plaintiff's complaint in a separate order.

For the foregoing reasons, IT IS HEREBY ORDERED that

1. Plaintiff's motions to proceed in forma pauperis (ECF Nos. 12, 15, 16, 21, 30) are granted;
2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1). All fees shall be collected and paid in accordance with this court's order to the Department of State Hospitals filed concurrently herewith.
3. Plaintiff's motions for waiver of fees (ECF Nos. 4, 7) are denied;
4. Plaintiff's motion for the U.S. Marshal to serve the complaint (ECF No. 8) is denied; and
5. Plaintiff's motion for discovery (ECF No. 18) is denied.

Further, IT IS RECOMMENDED that

1. Plaintiff's motions for sanctions (ECF Nos. 7, 26) be denied;
2. Plaintiff's motions for default judgment (ECF Nos. 25, 32) be denied.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in waiver of the right to appeal the district court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 25, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB Prisoner Inbox/Civil Rights/S/turn2894.ifp

3