UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER, | No. 2:23-cv-02894 KJM SCR P |
| Plaintiff, | |
| v. | ORDER |
| VALLEJO CITY MAYOR, et al., | |
| Defendants. | |

Plaintiff, a county inmate proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 18, 2024, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. Plaintiff filed objections to the findings and recommendations after that deadline, which the court has considered.

Having reviewed the file de novo, the court finds the findings and recommendations to be supported by the record and by the proper analysis: in short, plaintiff has not shown he is likely to succeed on the merits and has not shown a likelihood of irreparable injury.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 19) are adopted in full; and
2. Plaintiff's motion for injunctive relief (ECF No. 15) is denied.

DATED: August 19, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE