1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANTHONY R. TURNER,                    No.  2:23-cv-2894 KJM SCR P

12              Plaintiff,

13         v.                               ORDER

14    VALLEJO CITY MAYOR, et al.,

15              Defendants.

16

17         Plaintiff, who is currently confined at Napa State Hospital, filed this civil rights action

18    under 42 U.S.C. §1983.  The court granted plaintiff's motion to proceed in forma pauperis.  (ECF

19    No. 33.)  In an order filed July 29, 2024, the court dismissed plaintiff's complaint with leave to

20    amend.  (ECF No. 35.)  Plaintiff's first amended complaint is due October 15, 2024.  (See id.;

21    ECF No. 40.)

22         Before the court is plaintiff's request for appointment of a "master investigator."  (ECF

23    No. 41.)  Plaintiff contends staff at the state hospital have assaulted him, retaliated against him,

24    and forged plaintiff's identification, among other things.  Plaintiff is advised that the expenditure

25    of public funds on behalf of an indigent litigant is proper only when authorized by Congress.

26    Tedder v. Odel, 890 F.2d 210 (9th Cir. 1989).  The in forma pauperis statute does not authorize

27    the expenditure of public funds for investigators.  See 28 U.S.C. § 1915.

28    ////

                                   1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's request for appointment of an

2  investigator (ECF No. 41) is denied.

3  DATED: October 2, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2