UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER, | No. 2:23-cv-02894 KJM SCR P |
| Plaintiff, | |
| v. | ORDER |
| VALLEJO CITY MAYOR, et al., | |
| Defendants. | |

Plaintiff, who is currently detained at Napa State Hospital, filed this civil rights action pro se. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 26, 2024, the previously assigned[1] magistrate judge filed findings and recommendations, which were served on plaintiff, and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. Plaintiff has not filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed

---

[1] Due to the appointment of a new magistrate judge to the Eastern District of California bench, this case was reassigned from Magistrate Judge Deborah Barnes to Magistrate Judge Sean C. Riordan for all further proceedings. See Reassignment Order, ECF No. 36.

de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]").  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, ECF No. 33, are adopted in full;
2. Plaintiff's motions for sanctions, ECF Nos. 7, 26, are denied; and
3. Plaintiff's motions for default judgment, ECF Nos. 25, 32, are denied.

DATED:  October 8, 2024.

UNITED STATES DISTRICT JUDGE