1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANTHONY R. TURNER,                          No.  2:23-cv-2894-KJM-SCR

12                 Plaintiff,

13         v.                                      ORDER

14    VALLEJO CITY MAYOR, et al.,

15                 Defendants.

16

17         Plaintiff is a county inmate proceeding without counsel in this civil rights action filed

18    pursuant to 42 U.S.C. § 1983.  By order dated September 3, 2024, plaintiff was granted an

19    extension of time to file an amended complaint.  ECF No. 40.  Rather than file an amended

20    complaint, plaintiff filed a notice of appeal.  ECF No. 44.  By order dated April 3, 2025, the Ninth

21    Circuit Court of Appeal dismissed plaintiff's appeal.  ECF No. 51.  Therefore, the court will reset

22    the deadline for plaintiff to file a first amended complaint.

23         Also pending before the court is plaintiff's motion for discovery.  ECF No. 48.  Plaintiff is

24    advised that discovery is premature in this case because he has not filed an amended complaint

25    that has been ordered to be served on any defendant.  Therefore, the court denies the motion

26    without prejudice.  The court will issue a discovery and scheduling order only after an amended

27    complaint is served and after all defendants have filed an answer to the amended complaint.

28         Plaintiff has also filed a motion to compel the Contra Costa County Sheriff to provide a

                                                  1

certified copy of his inmate trust account.  ECF No. 49.  However, the court granted plaintiff's

motion to proceed in forma pauperis on July 26, 2024.  ECF No. 33.  Therefore, plaintiff's motion

to compel is denied as unnecessary.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff shall file an amended complaint on or before **June 2, 2025**.  No further

extensions of time shall be granted absent extraordinary circumstances.

2.  The failure to file an amended complaint within the time provided will result in a

recommendation that this action be dismissed.

3.  Plaintiff's motion for discovery (ECF No. 48) is denied without prejudice as

premature.

4.  Plaintiff's motion to compel the Contra Costa Sheriff to provide a certified copy of his

inmate trust account (ECF No. 49) is denied as unnecessary.

5.  The Clerk of Court is directed to send plaintiff a copy of the civil rights complaint form

for prisoners used in this district.

DATED: April 29, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2