UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER, | No. 2:23-cv-2894-KJM-SCR |
| Plaintiff, | |
| v. | ORDER |
| VALLEJO CITY MAYOR, et al., | |
| Defendants. | |

Plaintiff is a county inmate representing himself in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On April 30, 2025, the court ordered Plaintiff to file an amended complaint on or before June 2, 2025, ECF No. 52, based on the court's order from July 2024 finding the original complaint legally defective in many ways.  ECF No. 34.  On June 12, 2025, the court issued Findings and Recommendations to dismiss this case without prejudice based on plaintiff's failure to file an amended complaint within the time provided.  ECF No. 53.  Plaintiff's first amended complaint was received by the court on July 7, 2025, though it was signed on "May 9, 2024."  ECF No. 54 at 21.  Given that Plaintiff is proceeding pro se and the timeline described above, the court will assume it was actually signed on May 9, 2025.  Since plaintiff is entitled to the prison mailbox rule, the court deems the first amended complaint constructively filed on May 9, 2025.  See Houston v. Lack, 487 U.S. 266 (1988).  As a result, the court will vacate the Findings and Recommendations (ECF No. 53) and will screen plaintiff's first amended complaint

1

by subsequent order, **so long as he updates his address (see below).**

The docket reflects that the Findings and Recommendations (ECF No. 53) were returned as undeliverable on July 30, 2025 because plaintiff is no longer in custody. Under Local Rule 183(b):

> A party appearing in propria persona shall keep the Court and opposing parties advised as to his or her current address. If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within thirty (30) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

If plaintiff fails to update his address by September 8, 2025, the undersigned will recommend that this action be dismissed for failure to prosecute. Given that plaintiff has not provided notice of his new address, pursuant to Local Rule 182(f), service of this order at his address of record "shall be fully effective."

Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendations issued on June 12, 2025 (ECF No. 53) are vacated based on plaintiff's filing of a first amended complaint. If is further ORDERED that plaintiff shall update his address with the court by September 8, 2025.

DATED: August 8, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2